BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Lorena Ramos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>　　　　Petitioners,<br><br>　v.<br><br>JANET REID-BILLS,<br><br>　　　　Respondent. | Case No. 1:10-cv-02276-LJO-MJS<br><br>**PETITIONERS' EX PARTE REQUEST TO CONTINUE SHOW-CAUSE HEARING**<br><br>Date:　Friday, March 11, 2011<br>Time:　9:30 a.m.<br>Ctrm:　6 (Honorable Michael J. Seng) |

　　　Petitioners request a continuance of the summons enforcement hearing set by an Order to Show Cause filed December 14, 2010, and currently scheduled for Friday, February 11, 2011, to Friday, March 11, 2011, at 9:30 a.m.  The additional time is needed to complete effective service upon the respondent, JANET REID-BILLS.   A proposed Order is attached.


Dated: February 3, 2011　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　*/s/ Glen F. Dorgan*
　　　　　　　　　　　　　　　　　　　　　GLEN F. DORGAN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PETITIONERS' EX PARTE REQUEST FOR
CONTINUANCE OF SHOW-CAUSE HEARING　　　　1

## ORDER

IT IS HEREBY ORDERED that the Show-Cause Hearing originally set for February 11, 2011, is hereby CONTINUED to Friday, March 11, 2011, at 9:30 a.m. in Courtroom 6.

IT IS SO ORDERED.

Dated:   February 7, 2011         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

PETITIONERS' EX PARTE REQUEST FOR
CONLINUANCE OF SHOW-CAUSE HEARING              2