BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Lorena Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>v.<br><br>JANET REID-BILLS,<br><br>    Respondent. | Case No. 1:10-cv-02276-LJO-MJS<br><br>**PETITIONERS' EX PARTE REQUEST FOR ALTERNATIVE MEANS OF SERVICE OF PROCESS**<br><br>Date: Friday, March 11, 2011<br>Time: 9:30 a.m.<br>Ctrm: 6 (Honorable Michael J. Seng) |

Petitioners hereby request the Court grant them leave to serve the respondent, Janet Reid-Bills, by mailing certified copies to her residence and business by regular and certified mail. A memorandum regarding service of process, a declaration outlining the history of attempting to serve the respondent and her evasion of service, as well as a proposed Order is attached.

Dated: February 8, 2011

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                By:   */s/ Glen F. Dorgan*
                                                GLEN F. DORGAN
                                                Assistant United States Attorney

PROPOSED ORDER

IT IS HEREBY ORDERED that the Petitioners may serve the respondent, JANET REID-BILLS, by mailing a copy Order to Show Cause, together with one copy each of the Verified Petition to Enforce Internal Revenue Service Summons, the Memorandum of Points and Authorities filed in support of the petition, and a copy of the Continuance Order, via regular and certified mail, to her residence and business is GRANTED.

IT IS SO ORDERED.

Dated:   February 11, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE