BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Lorena Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>JANET REID-BILLS,<br><br>　　　　　　　Respondent. | Case No. 1:10-cv-02276-LJO-MJS<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Date: Thursday, November 17, 2011<br>Time: 8:30 a.m.<br>Ctrm: 4 (7th Floor)<br>Judge: Hon. Lawrence J. O'Neill |

　　　Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer LORENA RAMOS, it is hereby:

　　　ORDERED that the respondent, JANET REID-BILLS, appear before United States District Judge Lawrence J. O'Neill, in Courtroom No. 4, in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Thursday, November 17, 2011, at 8:30 a.m., and that respondent show cause as follows:

　　　1. Why respondent, JANET REID-BILLS, should not be held in civil contempt of this Court for her failure to comply with the Order filed on April 6, 2011, directing respondent to comply with the I.R.S. Summons issued on February 10, 2010.

///

[Proposed] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT　　　1

2. Why the respondent should not be incarcerated and ordered to pay a daily fine until she complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed April 6, 2011.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

**Dated:**   **October 3, 2011**               /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE