1   BENJAMIN B. WAGNER
    United States Attorney
2   GLEN F. DORGAN (SBN 160502)
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6
    Attorney for Petitioners United States of America
7   and Revenue Officer Lorena Ramos

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA and      )   Case No. 1:10-cv-02276-LJO-MJS
    LORENA RAMOS, Revenue Officer,    )
12  Internal Revenue Service,         )
                                      )
13               Petitioners,         )   **ORDER RE: CIVIL CONTEMPT**
                                      )
14       v.                           )
                                      )
15  JANET REID-BILLS,                 )
                                      )
16               Respondent.          )
    _____ )

17

18       This matter came before me on November 17, 2011, under the Contempt Order to

19  Show Cause filed October 4, 2011.  Assistant United States Attorney Glen Dorgan and

20  investigating Revenue Officer Lorena Ramos were present.  Respondent did not file an

21  opposition to the Order to Show Cause and did not appear at the Order to Show Cause

22  hearing.  Based upon the entire record, I make the following findings:

23       (1) On December 7, 2010, Petitioners filed a Petition to enforce an IRS summons

24  directed to the respondent, Janet Reid-Bills, seeking testimony, books, records, papers,

25  and other data as part of an investigation to determine financial information for the

26  collection of assessed income tax for the taxable years ending December 31, 2002, and

27  December 31, 2005.

28       (2) On April 6, 2011, this Court issued its Order Enforcing Internal Revenue

    Service Summons.  This Order required that respondent personally appear to provide

    ORDER RE: CIVIL CONTEMPT              1

1   testimony and produce documents demanded by the summons at the IRS office in Fresno,

2   California, no later than 60 days after the date of that Order.

3          (3) Respondent appeared and provided the tax return for 2005, but failed to

4   provide the 2002 tax return and failed to provide any testimony or document verification

5   for the tax return.

6          (4) On September 13, 2011, Petitioners filed a petition for contempt of order filed

7   April 6, 2011.  This Court's Order of October 4, 2011, required Respondent to appear

8   before this Court on November 17, 2011, at 8:30 a.m. and show cause as to why she

9   should not be held in civil contempt for failure to comply with the Order filed April 6,

10  2011.  This order was served upon respondent according to the provisions of Fed. R. Civ.

11  P. 4(e).  Assistant United States Attorney Glen Dorgan and investigating Revenue Officer

12  Lorena Ramos were present in the Courtroom.  Respondent did not file an opposition to

13  the Order to Show Cause and did not appear at the Order to Show Cause hearing.

14         (5)  Respondent's failure to comply with the Order of April 6, 2011, continues to

15  the present.

16         (6) "A court has the inherent power to punish for civil or criminal contempt any

17  obstruction of justice relating to any judicial proceeding." Lambert v. Montana, 545 F.2d

18  87, 88 (9th Cir. 1976).  Petitioners have the burden of proving its prima facie case by

19  clear and convincing proof.  Balla v. Idaho State Bd. of Corrs., 869 F.2d 461, 466 (9th

20  Cir. 1989).  By the Petition for Contempt and supporting documents, including the

21  declaration of Lorena Ramos, Petitioners have met this burden.

22         Based upon the foregoing, it is hereby ORDERED that:

23         A.      Respondent, JANET REID-BILLS, is in civil contempt of this Court for her

24                 failure to comply with the Order filed on April 6, 2011, directing

25                 Respondent to comply with the I.R.S. Summons issued on January 5, 2010.

26         B.      A bench warrant for the arrest of Respondent, JANET REID-BILLS, will

27                 be issued herewith.

28         B.      Upon arrest, Respondent, JANET REID-BILLS, is to be incarcerated until

                   she complies with the Order filed on April 6, 2011.

ORDER RE: CIVIL CONTEMPT                         2

1      Respondent is hereby notified that a failure to comply with this Order will subject

2    Respondent to possible further sanctions for contempt of Court.

3          The Clerk shall forward copies of this Order to the Respondent and the United

4    States Attorney.

5          IT IS SO ORDERED.

6    **Dated:    November 18, 2011          /s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: CIVIL CONTEMPT                    3