IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CV F 10-2276 LJO MJS |
| Petitioner, | **ORDER TO APPEAR** |
| vs. | Date: January 26, 2012 |
| JANET REID-BILLS, | Time: 1 p.m.<br>Dept.: 4 (LJO) |
| Respondent. / | |

Pursuant to this Court's November 18, 2011 civil contempt order, respondent Janet Reid-Bills ("Ms. Reid-Bills") appeared in custody before this Court on January 11, 2012. Petitioner United States of America appeared by Assistant U.S. Attorney Glen Dorgan and petitioner Internal Revenue Service ("IRS") Revenue Officer Lorena Ramos also appeared. After discussion with the parties and on the basis of good cause, this Court:

1. ORDERS petitioners, no later than 4 p.m. on January 12, 2012, to fax IRS form 433A to Ms. Reid-Bills at her 434-3937 fax number;

2. ORDERS Ms. Reid-Bills, no later than January 18, 2012, to obtain IRS form 433A from the IRS at 2525 Capitol Street, Suite 206, Fresno, CA 93721, if she does not receive IRS form 433A by fax;

3. ORDERS Ms. Reid-Bills to appear before this Court on January 26, 2012 at 1 p.m. in

1  Department 4 (LJO) at which time Ms. Reid-Bills shall be prepared to answer questions
2  and provide information, including producing pertinent records and documents, as to
3  matters subject to the IRS form 433A and otherwise as required by this Court's April 6,
4  2011 Order Adopting Findings and Recommendation, and Granting Petition to Enforce
5  IRS Summons.  Ms. Reid-Bills shall be further prepared to answer questions and to
6  provide information, including producing pertinent records and documents, to identify
7  her assets and those in which she has an interest as well as the location of such assets.
8  Ms. Reid-Bills may appear with counsel; and

9  4.  ORDERS the clerk and petitioners to serve Ms. Reid-Bills with this order.

**If Ms. Reid-Bills fails to comply with this order, this Court will issue a bench warrant for her arrest and her return to custody.**

IT IS SO ORDERED.

**Dated:  January 11, 2012**                 /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE