BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Petitioners United States of America
and Revenue Officer Lorena Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and LORENA RAMOS, Revenue Officer, Internal Revenue Service,<br><br>                Petitioners,<br><br>   v.<br><br>JANET REID-BILLS,<br><br>                Respondent. | 1:10-cv-02276-LJO-MJS<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>Taxpayer: JANET REID-BILLS |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here. The case can and should be closed.

Dated: November 29, 2012        BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Glen F. Dorgan
                                GLEN F. DORGAN
                                Assistant U.S. Attorney
                                Attorneys for Petitioners
                                United States of America
                                and Revenue Officer
                                Lorena Ramos

**Petitioner's Notice of Compliance;**   1
**Order Closing File**

## **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this action.

IT IS SO ORDERED.

**Dated:     November 29, 2012              /s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

**Petitioner's Notice of Compliance;**                                                                    **2**
**Order Closing File**